**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Light Tower Rentals, Inc. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 7 5 – 2 5 6 4 8 9 3 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 2330 E. I-20 S. Service Road  Number  Street | _____  Number  Street |
| | | _____ | _____  P.O. Box |
| | | Odessa, Texas 79766  City  State  ZIP Code | _____  City  State  ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | Ector County, Texas  County | _____  Number  Street |
| | | | _____ |
| | | | _____  City  State  ZIP Code |

| 5. | **Debtor's website** (URL) | http://www.lighttowerrentals.com/ |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  __Light Tower Rentals, Inc._____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Railroad (as defined in 11 U.S.C. § 101(44))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_  _3_  _2_  _4_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7
❑ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
❑ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY
         District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No
☒ Yes.  Debtor __See Rider 1_____ Relationship __Affiliate_____
         District __Southern District of Texas_____ When _08_/_30_/_2016_
                                                                  MM  /  DD  / YYYY
         Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **2**

Debtor   __Light Tower Rentals, Inc._____   Case number (*if known*)_____
          Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                  Number         Street<br>_____<br>_____  _____  _____<br>City                                         State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name    _____<br>       Phone           _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors on a consolidated basis** | ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99             ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199           ☐ 10,001-25,000       ☐ More than 100,000<br>☒ 200-999 |
| 15. | **Estimated assets on a consolidated basis** | ☐ $0-$50,000               ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million       ☒ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  Light Tower Rentals, Inc.
                Name

Case number (if known) _____

16. Estimated liabilities on a consolidated basis

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 30 / 2016
            MM / DD / YYYY

_____
Signature of authorized representative of debtor

Keith Muncy
Printed name

Title  Chief Financial Officer

18. Signature of attorney

X  /s/ Patricia B. Tomasco
   Signature of attorney for debtor

Date  08/ 30 /2016
      MM / DD / YYYY

Patricia Tomasco
Printed name

Jackson Walker LLP
Firm name

1401 McKinney Suite 1900
Number    Street

Houston                         Texas        77010
City                            State        ZIP Code

(713) 752-4200                  ptomasco@jw.com
Contact phone                   Email address

01797600                        Texas
Bar number                      State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Southern District of Texas (State) |
| Case number *(if known)*: _____  Chapter  11 |

☐ Check if this is an amended filing

# Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Light Tower Rentals, Inc.

- Light Tower Rentals, Inc.
- LTR Investco, Inc.
- LTR Holdco, Inc.
- LTR Shelters, Inc.

LIGHT TOWER RENTALS, INC.,

LTR HOLDCO, INC.,

LTR INVESTCO, INC.,

LTR SHELTERS, INC.

SECRETARY'S CERTIFICATION

_____

The undersigned, Keith Muncy, as Corporate Secretary of Light Tower Rentals, Inc., LTR Holdco, Inc., LTR Investco, Inc., and LTR Shelters, Inc. (each a "Company," and together, the "Companies"), all Texas corporations, hereby certifies as follows:

1. I am the duly qualified and elected Corporate Secretary and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Companies.

2. Attached hereto is a true, complete, and correct copy of the resolutions of the Boards of Directors of the Companies (the "Boards"), duly adopted at a properly convened joint meeting of the Boards on August 30, 2016, in accordance with the bylaws of the Companies.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof. There exists no other subsequent resolution of the Boards relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 30th day of August, 2016.

_____
Keith Muncy
Secretary

**LIGHT TOWER RENTALS, INC.,**
**LTR HOLDCO, INC.**
**LTR INVESTCO, INC.**
**LTR SHELTERS, INC.**

**UNANIMOUS WRITTEN CONSENT OF**
**THE BOARD OF DIRECTORS**
**IN LIEU OF MEETING**

**August 30, 2016**

The members of the board of directors (each a "Board"),[1] as applicable, of each of the entities listed above (each a "Company," and together, the "Companies"), **DO HEREBY CONSENT** to the taking of the following actions and **DO HEREBY ADOPT** the following resolutions pursuant to the Company's by-laws (the "Resolutions"):

*Chapter 11 Filing*

**WHEREAS,** the Companies having entered into that certain restructuring support agreement (the "Restructuring Support Agreement") by and among the Companies, certain of its affiliates, certain consenting creditors, and certain consenting parties, substantially in the form presented to the Board;

**WHEREAS,** the Restructuring Support Agreement contemplates the commencement of voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") to implement the restructuring transactions set forth therein;

**WHEREAS**, the Board has studied the financial state of the Company and its subsidiaries, including the Company's liabilities and liquidity, considered the strategic alternatives available to the Company and its subsidiaries and the effect of the foregoing on the Company's business, and considered the related circumstances and situation;

**WHEREAS**, the Board has had the opportunity to consult with the financial and legal advisors of the Company and its subsidiaries and fully consider each of the strategic alternatives available to the Company and its subsidiaries; and

**WHEREAS**, contemporaneously with these Resolutions, the Board of each of the Companies has authorized certain officers to file or cause to be filed with a federal bankruptcy court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined that it is desirable and in the best interests of the Company and its stakeholders to file with a federal bankruptcy court voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code as set forth below;

---

[1] Reference to the Board includes the Board of each of the Debtors separately.

**FURTHER RESOLVED**, that the Company be, and hereby is, authorized to file or cause to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "U.S. Bankruptcy Court") voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Company's Chief Executive Officer, Chief Financial Officer, Chief Operating Officer and Senior Vice President (collectively, the "Authorized Officers") acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court on behalf of the Company voluntary petitions pursuant to chapter 11 of the Bankruptcy Code (the "Petitions"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code;

**FURTHER RESOLVED**, that, upon the filing of the Petitions as authorized by the preceding paragraph, each Authorized Officer, acting alone or with one or more other Authorized Officers be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Companies, to cause the Companies to enter into, execute, deliver, certify, file and/or record, and perform such agreements, pleadings, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, or desirable with a view to the successful prosecution of the chapter 11 case and all of its matters and proceedings, each in such form or forms as the Authorized Officer so acting may approve;

*Retention of Professionals*

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Proskauer Rose LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, including filings and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Proskauer Rose LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Jackson Walker LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, including filings and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Jackson Walker LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Zolfo Cooper, LLC as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Zolfo Cooper, LLC;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Prime Clerk LLC as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code in U.S. Bankruptcy Court, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Prime Clerk LLC;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### *Cash Collateral and Adequate Protection*

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to seek approval of a cash collateral order in interim and final form (a "Cash Collateral Order") and to negotiate, execute and deliver any and all agreements, instruments or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the chapter 11 case, which agreement(s) may require the Company to grant liens to the Company's existing lenders or secured noteholders and each other agreement, instrument or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action of by the execution and delivery thereof;

### *General*

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**FURTHER RESOLVED**, that all members of the Board of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may

be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board.

[*Remainder of Page Intentionally Left Blank*]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 16-_____ (___) |
| LIGHT TOWER RENTALS, INC., *et al.*,[1] | (Chapter 11) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF EQUITY SECURITYHOLDERS

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession submit the following information:

### LTR INVESTCO, INC. – EQUITY OWNERSHIP

| Entity | Share Type | Notice Address | Shares |
|---|---|---|---|
| CLAIRVEST EQUITY PARTNERS III LIMITED PARTNERSHIP | Common | 22 St. Clair Avenue East, Suite 1700<br>Toronto, Ontario M4T 2S3<br>Canada | 11,956,812 |
| CEP III CO-INVESTMENT LIMITED PARTNERSHIP | Common | 22 St. Clair Avenue East, Suite 1700,<br>Toronto, Ontario M4T 2S3<br>Canada | 3,985,604 |
| MOJOPA, LTD. | Common | Ted Hogan<br>25 Muirfield<br>Odessa, TX  79762<br>thogan@ltr.com | 7,438,407 |
| AVARY FAMILY LIMITED PARTNERSHIP | Common | John Avary<br>1075 West Dove Rd.<br>Southlake, TX  76092<br>javary@ltr.com | 4,782,288 |
| MARK CONDRY | Common | Mark Condry<br>918 Stonelake Drive<br>Cleburne, TX  76033<br>mcondry@ltr.com | 115,995 |
| MARK WELLS | Common | Mark Wells | 57,998 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Light Tower Rentals, Inc. (4893); LTR Holdco, Inc. (8813); LTR Shelters, Inc. (5396); and LTR Investco, Inc. (3819). The location of the Debtors' service address is:  2330 E. Interstate 20 S. Service Road, Odessa, Texas 79766.  LTR Shelters, Inc. is a wholly-owned subsidiary of Light Tower Rentals, Inc., which is a wholly-owned subsidiary of LTR Holdco, Inc., which is a wholly-owned subsidiary of LTR Investco, Inc.

| | | 6326 Raymond Road<br>Kaufman, TX  75142 | |
|---|---|---|---|
| JEFF HARDIN | Common | Jeff Hardin<br>17682 Regal Row<br>Flint, TX  75762<br>jhardin911@embarqmail.com | 209,481 |
| G. MIKE JOLLEY | Common | Mike Jolley<br>3101 S Lakeside Drive<br>Oklahoma City OK 73179<br>mjolley@sierraok.com | 1,157,097 |
| TERRY KEITHLEY | Common | Terry Keithley<br>2038 4th St. W<br>Dickinson, ND  58601 | 583,676 |
| STEVE LUDWIG | Common | Steve Ludwig<br>2288 2nd St. W<br>Dickinson, ND  58601<br>sludwig@ltr.com | 145,921 |
| KEITH MUNCY | Common | Keith Muncy<br>6608 WCR 44<br>Midland, TX  79707<br>kmuncy@ltr.com | 796,154 |
| | Senior Preferred | | 120,000 |
| PAT BOND | Common | Pat Bond<br>1003 Lauder Dr.<br>Briarcliff, TX  78669<br>pbond@ltr.com | 22,525 |
| | Senior Preferred | | 150,000 |
| MARIA VALLES | Senior Preferred | Nina Valles<br>6941 Willow Bend<br>Odessa, TX 79762<br>nvalles@ltr.com | 15,000 |
| MARK BECKSTROM | Senior Preferred | Mark Beckstrom<br>5606 Hillcrest<br>Midland, TX 79707<br>mbeckstrom@ltr.com | 15,000 |
| STEPSTONE CAPITAL PARTNERS III, L.P. | Preferred | StepStone Group LP<br>885 Third Avenue, 17th Floor<br>New York, NY 10022<br>Attention: Jason Ment | 1,042,337 |
| STEPSTONE CAPITAL PARTNERS III OFFSHORE HOLDINGS, L.P. | Preferred | StepStone Group LP<br>885 Third Avenue, 17th Floor<br>New York, NY 10022<br>Attention: Jason Ment | 473,265 |
| SCP III HOLDINGS SCS | Preferred | StepStone Group LP<br>885 Third Avenue, 17th Floor<br>New York, NY 10022<br>Attention: Jason Ment | 297,594 |
| STEPSTONE ATLANTIC FUND, L.P. | Preferred | StepStone Group LP<br>885 Third Avenue, 17th Floor<br>New York, NY 10022<br>Attention: Jason Ment | 1,692,316 |

| | | | |
|---|---|---|---|
| STEPSTONE K STRATEGIC OPPORTUNITIES FUND, L.P. | Preferred | StepStone Group LP<br>885 Third Avenue, 17th Floor<br>New York, NY 10022<br>Attention: Jason Ment | 6,043,985 |
| STEPSTONE FERRO OPPORTUNITIES FUND, L.P. | Preferred | StepStone Group LP<br>885 Third Avenue, 17th Floor<br>New York, NY 10022<br>Attention: Jason Ment | 120,880 |
| ALLSTATE INSURANCE COMPANY | Preferred | Allstate Investments, LLC<br>3075 Sanders Road, Suite G5D<br>Northbrook, IL 60062<br>Attention: Jeff McNelley | 4,472,549 |
| ALLSTATE LIFE INSURANCE COMPANY | Preferred | Allstate Investments, LLC<br>3075 Sanders Road, Suite G5D<br>Northbrook, IL 60062<br>Attention: Jeff McNelley | 3,626,391 |
| ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK | Preferred | Allstate Investments, LLC<br>3075 Sanders Road, Suite G5D<br>Northbrook, IL 60062<br>Attention: Jeff McNelley | 1,208,797 |
| ALLSTATE RETIREMENT PLAN TRUST | Preferred | Allstate Investments, LLC<br>3075 Sanders Road, Suite G5D<br>Northbrook, IL 60062<br>Attention: Jeff McNelley | 362,639 |
| USS-CONSTITUTION CO-INVESTMENT FUND II, LP | Preferred | c/o Constitution Capital Partners LLC<br>300 Brickstone Square, 10th Floor<br>Andover, MA 01810<br>Attention: Rob Hatch | 3,626,391 |
| IRONSIDES CO-INVESTMENT FUND III, LP | Preferred | c/o Constitution Capital Partners LLC<br>300 Brickstone Square, 10th Floor<br>Andover, MA 01810<br>Attention: Rob Hatch | 1,180,550.33 |
| IRONSIDES CO-INVESTMENT FUND III-QC, LP | Preferred | c/o Constitution Capital Partners LLC<br>300 Brickstone Square, 10th Floor<br>Andover, MA 01810<br>Attention: Rob Hatch | 28,246.77 |

Dated: August 30, 2016

Keith Muncy
Chief Financial Officer

**Fill in this information to identify the case:**
Debtor name: Light Tower Rentals, Inc., et al.
United States Bankruptcy Court for the: Southern District of Texas
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | ZTR CONTROL SYSTEMS LLC  Esther Krainz  P.O. BOX 860420  MINNEAPOLIS, MN 55486-0420 | ZTR CONTROL SYSTEMS LLC  Esther Krainz  PHONE: 952-885-8216  FAX:  EMAIL: ekrainz@ztr.com | Trade Debt | | | | $78,114 |
| 2 | A & I DISTRIBUTORS  Lisa Sandau  P O BOX 1999  BILLINGS, MT 59103-1999 | A & I DISTRIBUTORS  Lisa Sandau  PHONE: 406-245-6443  FAX:  EMAIL: lisa.sandau.aidistributors@gmail.com | Trade Debt | | | | $28,876 |
| 3 | AMERICAN EXPRESS  PO BOX 650448  DALLAS, TX 75265-0448 | AMERICAN EXPRESS  PHONE:  FAX:  EMAIL: | Trade Debt | | | | $26,045 |
| 4 | TAYLOR POWER SYSTEMS, INC  L Henderson  P O BOX 29  LOUISEVILLE, MS 39339 | TAYLOR POWER SYSTEMS, INC  L Henderson  PHONE: 601-932-5674  FAX:  EMAIL: lhenderson@taylorbigred.com | Trade Debt | | | | $24,647 |
| 5 | WHITE SHARK ENERGY LLC  John Elliott  PO BOX 1697  PECOS, TX 79772 | WHITE SHARK ENERGY LLC  John Elliott  PHONE: 432-940-0123  FAX:  EMAIL: whitesharkenergy@gmail.com | Trade Debt | | | | $22,662 |
| 6 | INTERNAL REVENUE SERVICE  1111 Constitution Ave NW  Washington, DC 20224 | INTERNAL REVENUE SERVICE  PHONE:  FAX:  EMAIL: | Tax | | | | $19,900 |
| 7 | QUADREM NETHERLANDS BV  PO BOX 974062  DALLAS, TX 75397 | QUADREM NETHERLANDS BV  PHONE:  FAX:  EMAIL: | Trade Debt | | | | $19,671 |
| 8 | WEAVER AND TIDWELL, LLP  Chad Valentine  2821 W 7TH ST, SUITE 700  FORT WORTH, TX 76107 | WEAVER AND TIDWELL, LLP  Chad Valentine  PHONE: 432-333-3221  FAX:  EMAIL: chad.valentine@weaver.com | Professional Services | | | | $17,046 |
| 9 | ASCO  NATHAN SWINDLE  PO BOX 3888  LUBBOCK, TX 79452 | ASCO  NATHAN SWINDLE  PHONE: 806-745-2000  FAX:  EMAIL: NATE@ASCOEQ.COM | Trade Debt | | | | $16,504 |
| 10 | ESTRADA WELDING  Mitch Gutierrez  ADVANCE BUSINESS CAPITAL LLC  PO BOX 610028  DALLAS, TX 75261-0028 | ESTRADA WELDING  Mitch Gutierrez  PHONE: 432-661-7811  FAX:  EMAIL: estradaweldingatt.net | Trade Debt | | | | $15,524 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 11 | BAEZA TRUCKING & HOT SHOT SERVICES LLC<br>Krystal Lerma<br>1201 RANCHO ST<br><br>PECOS, TX 79778 | BAEZA TRUCKING & HOT SHOT SERVICES LLC<br>Krystal Lerma<br>PHONE: 432-445-3591<br>FAX:<br>EMAIL: baeza_trucking@yahoo.com | Trade Debt | | | | $15,164 |
| 12 | H & D TRUCKING<br>Aaron Tarin<br>DBA H&D TRUCKING<br>PO BOX 143<br><br>BALMORHEA, TX 79718 | H & D TRUCKING<br>Aaron Tarin<br>PHONE: 432-448-6626<br>FAX:<br>EMAIL: hdtrucking7@gmail.com | Trade Debt | | | | $14,969 |
| 13 | MALLOY ELECTRIC<br>Amy Howell<br>809 W RUSSELL ST<br><br>SIOUX FALLS, SD 57104 | MALLOY ELECTRIC<br>Amy Howell<br>PHONE: 432-260-7524<br>FAX:<br>EMAIL: MALLOYAR@MALLOYELECTRIC.COM | Trade Debt | | | | $13,589 |
| 14 | INLAND TARP AND LINER<br>Diana Garcia<br>8784 W INTERSTATE 20<br><br>ODESSA, TX 79763 | INLAND TARP AND LINER<br>Diana Garcia<br>PHONE: 432-272-9413<br>FAX:<br>EMAIL: dianag@inlandtarp.com | Trade Debt | | | | $12,506 |
| 15 | UNIFIRST CORPORATION<br>Africa Mejia<br>68 Jonspin Rd.<br><br>Wilmington, MA 01887 | UNIFIRST CORPORATION<br>Africa Mejia<br>PHONE: 972-289-0754<br>FAX:<br>EMAIL: ar@unifirst.com | Trade Debt | | | | $12,482 |
| 16 | EAGLE 731 TRUCKING, LLC<br>2500 BICKLEY<br><br>PECOS, TX 79772 | EAGLE 731 TRUCKING, LLC<br>PHONE:<br>FAX:<br>EMAIL: | Trade Debt | | | | $10,872 |
| 17 | PERMIAN TRUCKING & RENTALS<br>Kathy Hill<br>PO BOX 225<br><br>GARDENDALE, TX 79758 | PERMIAN TRUCKING & RENTALS<br>Kathy Hill<br>PHONE: 432-242-2770<br>FAX:<br>EMAIL: khill@permiantrucking.net | Trade Debt | | | | $9,928 |
| 18 | SIERRA HAMILTON LLC<br>T LOULA<br>PO BOX 50203<br><br>MIDLAND, TX 79705 | SIERRA HAMILTON LLC<br>T LOULA<br>PHONE: 405-843-5566<br>FAX:<br>EMAIL: tloula@sierra-hamilton.com | Trade Debt | | | | $9,144 |
| 19 | STRASBURGER & PRICE, LLP<br>Luke Bailey<br>PO BOX 50100<br><br>DALLAS, TX 75250-9989 | STRASBURGER & PRICE, LLP<br>Luke Bailey<br>PHONE: 214-651-4300<br>FAX:<br>EMAIL: luke.bailey@strasburger.com | Trade Debt | | | | $8,785 |
| 20 | Z-TEK CONSTRUCTION<br>C ZUNIGA<br>1609 S. HACKBERRY<><br><br>PECOS, TX 79772 | Z-TEK CONSTRUCTION<br>C ZUNIGA<br>PHONE: 432-448-3422<br>FAX:<br>EMAIL: CZUNIGA@VALORNET.COM | Trade Debt | | | | $8,617 |
| 21 | RICK BROWNING, ATTY AT LAW, PC<br>Liz<br>5050 EAST UNIVERSITY, SUITE ONE<br><br>ODESSA, TX 79762 | RICK BROWNING, ATTY AT LAW, PC<br>Liz<br>PHONE: 432-368-5974<br>FAX:<br>EMAIL: rbrowning@cableone.net | Professional Services | | | | $8,306 |
| 22 | DOOLEY ENTERPRISES<br>Barbara Soria<br>1198 N GROVE ST<br>STE A<br><br>ANAHEIM, CA 92806 | DOOLEY ENTERPRISES<br>Barbara Soria<br>PHONE: 714-630-6436<br>FAX:<br>EMAIL: oilpans@dooleyenterprises.com | Trade Debt | | | | $6,500 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 23 | RELIANT ENERGY<br>PO BOX 650475<br><br>DALLAS, TX 75265-0475 | RELIANT ENERGY<br>PHONE:<br>FAX:<br>EMAIL: | Trade Debt | | | | $6,133 |
| 24 | FRAC TANK SUPPLY<br>Lawrence Prucka<br>3204 SUNBURST DRIVE<br><br>MIDLAND, TX 79707 | FRAC TANK SUPPLY<br>Lawrence Prucka<br>PHONE: 432-362-6210<br>FAX:<br>EMAIL: lprucka@aol.com | Trade Debt | | | | $5,926 |
| 25 | CONTINENTAL BATTERY CO<br>Gracie Barnes<br>4919 WOODALL ST<br><br>DALLAS, TX 75247 | CONTINENTAL BATTERY CO<br>Gracie Barnes<br>PHONE: 214-631-5701<br>FAX:<br>EMAIL: dnelson@continentalbattery.com | Trade Debt | | | | $5,871 |
| 26 | AT&T<br>208 S Akard St<br><br>Dallas, TX 75202 | AT&T<br>PHONE:<br>FAX:<br>EMAIL: | Trade Debt | | | | $5,716 |
| 27 | HAMPEL OIL DISTRIBUTORS<br>PO BOX 875477<br><br>KANSAS CITY, MO 64187-5477 | HAMPEL OIL DISTRIBUTORS<br>PHONE:<br>FAX:<br>EMAIL: | Trade Debt | | | | $5,146 |
| 28 | RJB HAULING<br>Rachel Tarango<br>1823 S CHERRY<br><br>PECOS, TX 79772 | RJB HAULING<br>Rachel Tarango<br>PHONE: 432-940-2550<br>FAX:<br>EMAIL: rachel.rjbhauling@gmail.com | Trade Debt | | | | $4,907 |
| 29 | B-LINE FILTER & SUPPLY, INC<br>TRACI HUDSON<br>P O BOX 4598<br><br>ODESSA, TX 79760 | B-LINE FILTER & SUPPLY, INC<br>TRACI HUDSON<br>PHONE: 432-333-2932<br>FAX:<br>EMAIL: THUDSON@BLINEFILTER.COM | Trade Debt | | | | $4,794 |
| 30 | UNITED RENTALS, INC.<br>PO BOX 100711<br><br>ATLANTA, GA 30384-0711<br>USA | UNITED RENTALS, INC.<br>PHONE: 318-635-6404<br>FAX: 318-635-9600<br>EMAIL: ach@ur.com | Trade Debt | | | | $4,791 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) ) ) Case No. 16-_____ (___) |
| LIGHT TOWER RENTALS, INC., *et al.*,[1] | ) ) (Chapter 11) |
| Debtors. | ) ) (Joint Administration Requested) ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the debtors in the above-captioned chapter 11 cases (collectively, the "Debtors") respectfully represent as follows:

1. LTR Investco, Inc. is the ultimate corporate parent of each of the Debtors in these chapter 11 cases and directly or indirectly owns a 100% interest in all of the Debtors.[2]

2. The Consolidated List of Equity Security Holders and Corporate Ownership Statement is true and correct to the best of the Debtors' knowledge, information and belief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Light Tower Rentals, Inc. (4893); LTR Holdco, Inc. (8813); LTR Shelters, Inc. (5396); and LTR Investco, Inc. (3819). The location of the Debtors' service address is: 2330 E. Interstate 20 S. Service Road, Odessa, Texas 79766.

[2] A corporate organization chart depicting ownership structure of the Debtors is attached to the *Declaration of Keith Muncy in Support of the Debtors' Chapter 11 Petitions and First Day Motions*, which was filed contemporaneously herewith.

Debtor Name  Light Tower Rentals, Inc.

United States Bankruptcy Court for the Southern District of Texas
Case number (*If known*):  Case No. 16-(____)

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/ 30/ 2016           X  /s/ Keith Muncy
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                         Keith Muncy
                                         Printed name

                                         Chief Financial Officer
                                         Position or relationship to debtor