

ENTERED

08/31/2016

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIGHT TOWER RENTALS, INC., | ) | Case No. 16- 34284 (DRJ) |
| | ) | |
| Debtor. | ) | (Emergency Hearing Requested) |
| | ) | |
| Tax I.D. No. XX-XXX4893 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LTR INVESTCO, INC., | ) | Case No. 16- 34285 (DRJ) |
| | ) | |
| Debtor. | ) | (Emergency Hearing Requested) |
| | ) | |
| Tax I.D. No. XX-XXX3819 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LTR HOLDCO, INC., | ) | Case No. 16- 34286 (DRJ) |
| | ) | |
| Debtor. | ) | (Emergency Hearing Requested) |
| | ) | |
| Tax I.D. No. XX-XXX8813 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LTR SHELTERS, INC., | ) | Case No. 16- 34287 (MI) |
| | ) | |
| Debtor. | ) | (Emergency Hearing Requested) |
| | ) | |
| Tax I.D. No. XX-XXX5396 | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND GRANTING RELATED RELIEF**
(Docket No. 5)

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth to them in the Motion.

2

administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting

related relief, all as more fully set forth in the Motion; and upon the Muncy Declaration; and the

Court having subject matter jurisdiction to consider the Motion and to grant the relief requested

therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of these

chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and

1409; and a hearing to consider the Motion having been conducted by the Court (the "Hearing");

and the Court having found the Debtors' notice to the notice parties identified in the Motion

provided appropriate notice of the Motion and the opportunity to be heard under the

circumstances; and this Court having found that the relief requested in the Motion is in the best

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court

having determined that the legal and factual bases set forth in the Motion and at the Hearing

establish just cause for the relief granted herein; and upon all of the proceedings had before this

Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by this Court under Case No. 16-34284 (DRJ).

Additionally, the following checked items are ordered:

a.      ☒      One disclosure statement and plan of reorganization may be filed for all
cases by any plan proponent.

b.      ☒      Case Nos. 16-34284 16-34285 16-32486 and 16-34287 (higher case
number) shall be transferred to Judge David R. Jones, who has the lower
numbered case.

c.      ☒      Parties may request joint hearings on matters pending in any of the jointly
administered cases.

d.      ☒      Other:  See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| LIGHT TOWER RENTALS, INC., *et al.*,[1] | ) Case No. 16-34284 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

1.   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Light Tower Rentals, Inc. (4893); LTR Holdco, Inc. (8813); LTR Shelters, Inc. (5396); and LTR Investco, Inc. (3819). The location of the Debtors' service address is:  2330 E. Interstate 20 S. Service Road, Odessa, Texas 79766.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of

the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the

docket of each of the Debtors other than Light Tower Rentals, Inc. to reflect the joint

administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Light Tower Rentals, Inc. Case No. 16-34284; LTR Investco, Inc. Case No. 16-34285; LTR Holdco, Inc. Case No. 16-34286; and LTR Shelters, Inc. Case No. 16-34287.  The docket in Case No. 16-34284 should be consulted for all matters affecting this case.  All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 16-34284 (DRJ).

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as precluding the Debtors from causing any of their non-Debtor, wholly owned subsidiaries from commencing voluntary cases under the Bankruptcy Code.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  August 31, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

16927463v.1 149392/00001

5