IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 2 0 2016

David J. Bradley, Clerk of Court

In Re: LIGHT TOWER RENTALS )   Chapter
                           )
                           )   Case No. 16-34284
                           )
     Debtor(s)             )   BANKRUPTCY JUDGE
                           )

**CREDITOR CARROLL'S LLC'S NOTICE OF WITHDRAWAL OF CLAIM 22**

COMES NOW Creditor Carroll's LLC and states that it has been paid in full and hereby files its Notice of Withdrawal of Claim 22.

Dated: December 13, 2016

By: /s/ D. Haas – Sr. AR Collections Analyst
Debra Haas
TBC Retail Group, Inc. d/b/a Tire Kingdom
4300 TBC Way
c/o Legal Dept
Palm Beach Gardens, FL 33410

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| In Re: LIGHT TOWER RENTALS ) | Chapter |
| ) | |
| ) | Case No.16-34284 |
| ) | |
| Debtor (s) ) | BANKRUPTCY JUDGE |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and the Notice of Withdrawal of Claim in the above captioned case was this day served upon the below named individuals by mailing, postage prepaid, first class mail a copy of such instrument to such persons, parties, and/or counsel at the addresses shown below:

Patricia Tomasco
Jackson Walker
1401 McKinney Street
Suite 1900
Houston, TX 77010

Philip Abelson
Proskauer Rose
Eleven Times Square
New York, NY 10036

Jennifer Wertz
100 Congress Avenue
Suite 1100
Austin, TX
78701

Dated: December 13, 2016

By: [signature] - Sr Ar Collections Analyst
Debra Haas
TBC Retail Group, Inc. d/b/a Tire Kingdom
4300 TBC Way
c/o Legal Dept
Palm Beach Gardens, FL 33410